IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02703-CMA-SBP (consolidated for pretrial purposes with Civil Action No. 17-cv-01195-CMA-SBP, Cocona, Inc. v. Columbia Sportswear Company)

COCONA, INC., a Delaware corporation,

 Plaintiff,

v.

VF OUTDOOR, LLC, a Delaware limited liability company,

 Defendant.

---

## FINAL JUDGMENT

---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order entered by Senior United States District Judge Christine M. Arguello on February 5, 2025 (ECF No. 182), it is

 ORDERED that final judgment is hereby entered in favor of Defendants VF Outdoor, LLC, and Columbia Sportswear Company, and against Plaintiff Cocona, Inc. pursuant to the Amended Order on Claim Construction (ECF No. 176) only on the asserted claims in these matters.  It is

 FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

 FURTHER ORDERED that this case is terminated.

 Dated at Denver, Colorado this 5th day of February, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk